UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WESLEY EUGENE BROOKS,   CIVIL NO. 14-3007 (SRN/JSM)

    Petitioner,   <u>ORDER</u>

v.

BRUCE REISER, Warden
Minnesota Corrections
Facility, Faribault,

    Respondent.

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 6, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order:

    IT IS HEREBY ORDERED that

    1.    Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus [Docket No. 8] is **GRANTED**.

2.      Petitioner Wesley Eugene Brooks' Petition for Writ of Habeas Corpus (Hennepin County) [Docket No. 1] is **DENIED** and this matter is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: January 23, 2015                                    s/Susan Richard Nelson
                                                           SUSAN RICHARD NELSON
                                                           United States District Judge